UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| In re:   La Mesa Racing, LLC | * | Case No. 07-17069 |
| Debtor(s). | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \*

**LINE ENTERING APPEARANCE OF COUNSEL**

    Kindly enter the appearance of the undersigned attorney, Jeffrey M. Sirody, as counsel for the above-captioned Debtor.

Date: May 12, 2009

/s/  
Jeffrey M. Sirody Fed. Bar No. 11715  
Sirody, Freiman & Feldman, P.C.  
1777 Reisterstown Road, Suite 360  
Baltimore, Maryland  21208

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing *Line Entering Appearance Of Counsel* was delivered on this 12th day of May, 2009 by first class mail, postage prepaid, to:

Office of the U.S. Trustee  
Department of Justice  
300 West Pratt Street, Suite 350  
Baltimore, Maryland  21201

All creditors on attached matrix

/s/  
Jeffrey M. Sirody Fed. Bar No. 11715  
Sirody, Freiman & Feldman, P.C.  
1777 Reisterstown Road, Suite 360  
Baltimore, Maryland  21208