Entered: July 17, 2009

Signed: July 16, 2009

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| La Mesa Racing, LLC | * | Case No.    07-17069 |
| Debtor(s) | * | Chapter    11 |
| | * | |
| Debtor(s) | * | |

### ORDER AND NOTICE FOR HEARING
### ON DISCLOSURE STATEMENT

To the Debtor(s), its creditors, and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by the Debtor, La Mesa, LLC ("Plan Sponsor") on July 10, 2009

IT IS ORDERED, and notice is hereby given, that:

1.  The hearing to consider the approval of the Disclosure Statement shall be held in Courtroom 2A of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland, on **October 14, 2009 at 2:00pm**

2. August 17, 2009,  is  fixed as the last day for filing and serving in accordance with Federal Bankruptcy Rule 3017(a) written objections to the Disclosure Statement.

3.  Within ten (10) ten days unless other date given days after the entry of this Order, this Order and the Disclosure Statement and Plan shall be distributed by the Plan Sponsor in accordance with Federal Bankruptcy Rule 3017(a); and counsel for the Plan Sponsor shall file a certificate of service.

4.  Requests for copies of the Disclosure Statement and Plan shall be mailed to the Plan Sponsor, c/o counsel at:

Jeffrey M. Sirody, Esquire
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road, Suite 360
Baltimore, Maryland 21208


cc:     Counsel for Plan Sponsor - Jeffrey M. Sirody
        U.S. Trustee


Disc-4.3 (B12) -- 2/26/09

**End of Order**