**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

In Re:                                        *

**La Mesa Racing,**                           *         Case No. 07-17069

                                              *         Chapter 11

                          Debtors.            *

                                              *

**<u>LINE ATTACHING MAILING MATRIX TO AMENDED SCHEDULE F</u>**

  The above-captioned Debtor, by its undersigned counsel, hereby requests the attached mailing matrix be attached to Amended Schedule F, docket # 154.

August 25, 2009                          _____/s/_____
                                         Jeffrey M. Sirody, Bar No. 11715
                                         Sirody, Freiman & Feldman, P.C.
                                         1777 Reisterstown Road, Suite 360E
                                         Baltimore, Maryland  21208
                                         (410) 415-0445

                                         Counsel for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Line Withdrawing Document #26* was delivered by electronic means to:

Office of the U.S. Trustee

Case Trustee

_____/s/_____
Jeffrey M. Sirody, 11715