✓ RETAIN

Nancy V. Alquist , U.S. BANKRUPTCY JUDGE                    Evidentiary Hrg: (Y) N

PROCEEDING MEMO - CHAPTER 11

Date: 10/14/2009 Time: 02:00

07-17069 La Mesa Racing, LLC

Jeffrey M. Sirody and Jeremy S. Friedberg representing
La Mesa Racing, LLC (Debtor)

Alan M. Grochal representing Transamerican Commercial,
Ltd. (Petitioning Creditor)

Mark A. (UST) Neal representing US Trustee - Baltimore
11 (U.S. Trustee)

[handwritten: George Bwwh Rw Zokaites Properties LLC Retained today]

[150] Disclosure Statement Filed by La Mesa Racing, LLC.
Movant: La Mesa Racing, LLC    BY J Friedberg; J Sirody; [handwritten: Mr Andersen]

[153] Objection on behalf of William L. Siskind Filed
by William L. Siskind (related document(s)[150] Disclosure
Statement filed by Debtor   La Mesa Racing, LLC). Hearing
scheduled for 10/14/2009 at 02:00 PM at Courtroom 2-A, Baltimore
- Judge Alquist.
Movant: William Siskind (no aty)

[handwritten: based on record]

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved____ Denied Approval [150] Deadline to file Amemded D/S_____
Other_____
Confirmed____ as modified by_____
Denied Confirmation____ with leave to amend by_____
Other_____

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[ ] Signed by Court      [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [ ] Other _____

NOTES: [handwritten] Per Mr Bwwh Zokaitis Properties LP - objects / wants opportunity (assigned as onetime scheduled creditor Transamerican Commercial, Ltd) to file written objection and be heard within the next two — Mr Bwwh indicated on record his client wishes to make a higher and better offer.