IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | |
|---|---|
| IN RE: | ) Case No: 07-17069-NVA |
| | ) |
| LA MESA RACING, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| _____ | ) / |

ORDER AND NOTICE FOR HEARING
ON DISCLOSURE STATEMENT:

To the debtor, its creditors, and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by Zokaites Properties, LP on December 7, 2009,

IT IS ORDERED and notice is hereby given, that:

    1.    The hearing to consider the approval of the disclosure statement shall be held at: _____, on _____, at _____ o'clock __.m.

    2.    _____ is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement.

    3.    Within _____ days after entry of this order, the Disclosure Statement and Plan shall be distributed in accordance with Fed. R. Bankr. P. 3017(a).

    4.    Requests for copies of the Disclosure Statement and Plan shall be mailed to counsel for Zokaites Properties, LP as follows: George E. Brown, Esquire; Kramon & Graham, One South Street, Suite 2600, Baltimore, Maryland 21202.

cc: Debtor
Debtor's Counsel – Alan M. Grochal, Esquire
Chapter 11 Trustee
All Creditors

**END OF ORDER**