_____                    ✓ RETAIN

Nancy V. Alquist , U.S. BANKRUPTCY JUDGE                  Evidentiary Hrg: Y **N**

PROCEEDING MEMO - CHAPTER 11

Date: 02/22/2010  Time: 02:00

07-17069 La Mesa Racing, LLC

Jeffrey M. Sirody ~~and Jeremy S. Friedberg~~ representing
La Mesa Racing, LLC (Debtor)

*[handwritten: No appearance for the Debtor]*

Alan M. Grochal representing Transamerican Commercial,
Ltd. (Petitioning Creditor)

Mark A. (UST) Neal representing US Trustee - Baltimore
11 (U.S. Trustee)

George E. Brown ~~representing Zokaites~~ Properties, LP (Other
Party)   *[handwritten: Mr Zokaites]*

[164] Disclosure Statement of Zokaites Properties, LP Filed
by Zokaites Properties, LP. (Attachments: # (1) Exhibit
1# (2) Exhibit 2# (3) Proposed Order)
Movant: Zokaites Properties, LP        BY G Brown;

[166]   Objection on behalf of Stephen A. Vincent Filed
by Jeremy S. Friedberg. (Attachments: # (1) Exhibit 1-
Schedule F# (2) Exhibit 2- Amended Schedule F# (3) Exhibit
3- Zokaites Proof of Claim) (Friedberg, Jeremy) Modified
on 12/22/2009 (Matthews, T).CORRECTIVE:WRG EVENT CODE REDOCKETED
AT P [168]
Movant: Stephen Vincent BY J Friedberg;

[167]·  Opposition on behalf of Zokaites Properties, LP
Filed by George E. Brown (related document(s)[166] Objection
filed by Interested Party Stephen A. Vincent). (Attachments:
# (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit
4# (5) Exhibit 5# (6) Proposed Order)
Movant: Zokaites Properties, LP        BY G Brown;

[183]   Objection to Claim Number 3 in the Amount of $234,029.00.
Notice Served on 1/12/2010 Filed by Stephen A. Vincent.
Responses due by 2/11/2010. (Attachments: # (1) Proposed
Order)
Movant: Stephen Vincent BY J Friedberg;

[184]   Objection on behalf of Stephen A. Vincent Filed
by Jeremy S. Friedberg (related document(s)[164] Disclosure
Statement filed by Other Party Zokaites Properties, LP,
[165] Chapter 11 Plan filed by Other Party Zokaites Properties,
LP). (Attachments: # (1) Proposed Order)
Movant: Stephen Vincent BY J Friedberg;

[200]   Opposition on behalf of Zokaites Properties, LP
Filed by George E. Brown (related document(s)[184] Objection
filed by Interested Party Stephen A. Vincent). (Attachments:
# (1) Proposed Order # (2) Exhibit A)
Movant: Zokaites Properties, LP        BY G Brown;

```
          [201]    Opposition on behalf of Zokaites Properties, LP
          Filed by George E. Brown (related document(s)[166] Objection
          filed by Interested Party Stephen A. Vincent).  (Attachments:
          # (1) Proposed Order # (2) Exhibit A# (3) Exhibit B)
Movant:   Zokaites Properties, LP          BY G Brown;
```

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____
Other_____
Confirmed_____ as modified by _____
Denied Confirmation_____ with leave to amend by_____
Other_____

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: April 21, 2010 at 1:00 pm

DECISION:

[ ] Signed by Court       [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel           [ ] Court
    [ ] Respondent's counsel       [ ] Other _____

NOTES:

Mr Friedberg will withdraw discovery motions [202] and [204]

Court will notice supplemental bar date of March 31, 2010 (Clerk to provide notice)

Discovery pertinent to the instant dispute/claims transfers shall be conducted/concluded by continued hearing date of April 21, 2010.