IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| |    Chapter 11 |
| La Mesa Racing, LLC, | * |
| |    Case No. 07-17069-NVA |
| Debtor. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW APPEARANCE OF ATTORNEY

     G. David Dean, Esquire, pursuant to Local Bankruptcy Rules 9010-4(1) and (2), hereby respectfully requests that his appearance on behalf of Jeffrey Siskind ("Mr. Siskind") be withdrawn in this bankruptcy case. In support of this Motion, Mr. Dean states as follows:

     1.    In March 2008, Mr. Dean joined the firm of Cole, Schotz, Meisel, Forman & Leonard, P.A.. As of March 1, 2008, Mr. Dean has not performed any legal services for Mr. Siskind and has since withdrew his appearance in other bankruptcy cases in which he previously represented Mr. Siskind. Because Mr. Dean's only involvement in this case was the filing of proofs of claim on behalf of Mr. Siskind and filing an entry of appearance, his appearance in this case inadvertently was not formally withdrawn in 2008.

     2.    On April 9, 2010, Mr. Siskind brought this to Mr. Dean's attention, and on that same day, Mr. Dean sent a letter to Mr. Siskind confirming their conversation and advising Mr. Siskind that he would be filing a motion to withdraw his appearance in this case within five (5) days of the date of the letter. The letter also advised Mr. Siskind that he should either have new counsel appointed for him, or advise the Clerk of the Court that he would be proceeding without counsel. A copy of the April 9, 2010 letter is attached hereto as Exhibit A.

3. Cause therefore exists pursuant to Local Rules 9010-4(a)(1) and (2) to enter an Order withdrawing Mr. Dean's appearance as counsel to Mr. Siskind in these case. The certificate required by Local Rule 9010-4(2) is attached hereto as <u>Exhibit B</u>.

WHEREFORE, G. David Dean, Esquire request that this Court enter an Order withdrawing his appearance as counsel to Mr. Siskind in this case.

Dated: April 16, 2010  Respectfully submitted,

<u>/s/ G. David Dean</u>
G. David Dean (Bar No. 26987)
Cole, Schotz, Meisel, Forman & Leonard, P.A.
300 E. Lombard Street, Suite 2000
Baltimore, MD 21202
Telephone: 410-528-2972
Facsimile: 410-528-9402
ddean@coleschotz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2010, copies of the foregoing Motion to Withdraw Appearance of Attorney were sent to the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party, to:

## SERVICE LIST

| | |
|---|---|
| Jeffrey Siskind, Esq.<br>Trump Plaza Professional Building<br>525 South Flagler Drive, Suite 200<br>West Palm Beach, FL 33401 | Mark A. Neal, Esq.<br>Office of the US Trustee<br>Garmatz Federal Courthouse<br>101 West Lombard Street, Suite 2625<br>Baltimore, MD 21201 |
| Jeffrey M. Sirody, Esq.<br>Sirody, Freiman & Feldman, P.C.<br>1777 Reisterstown Road, Suite 360<br>Baltimore, MD 21208 | Richard M. Kremen, Esq.<br>Jodi E. Buchman, Esq.<br>DLA Piper US LLP<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600 |
| Jan I. Berlage, Esq.<br>Gohn, Hankey & Stichel, LLP<br>201 N. Charles Street, Suite 2101<br>Baltimore, MD 21201 | Jeremy S. Friedberg, Esq.<br>Leitess Leitess Friedberg + Fedder PC<br>One Corporate Center<br>10451 Mill Run Circle, Suite 1000<br>Owings Mills, MD 21117 |
| Alan M. Grochal, Esq.<br>Tydings and Rosenberg, LLP<br>100 E. Pratt Street, Fl. 26<br>Baltimore, MD 21202 | George E. Brown, Esq.<br>Kramon & Graham, P.A.
One South Street, Suite 2600<br>Baltimore, MD 21202 |

      /s/ G. David Dean
      G. David Dean