IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | | |
|---|---|---|
| IN RE: | * | |
| LA MESA RACING, LLC, | * | CASE NO.: <u>07-17069-NVA</u> |
| DEBTOR. | * | (CHAPTER 11) |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEBTOR'S MOTION TO CONSOLIDATE HEARINGS
<u>ON DEBTOR'S AMENDED DISCLOSURE STATEMENT AND PLAN</u>**

Debtor and debtor-in-possession, La Mesa Racing, LLC ("Debtor"), by its attorneys and pursuant to 11 U.S.C. §105 and Federal Rule of Bankruptcy Procedure 9013, hereby moves for the consolidation of the hearings on Debtor's amended disclosure statement and amended Chapter 11 plan of reorganization, and in support of this motion states:

<u>RELEVANT PROCEDURAL HISTORY</u>

1.  Transamerican Comercial, Ltd. commenced this bankruptcy case on July 31, 2007, by filing an involuntary petition against Debtor for relief under Chapter 7 of Title 11 of the United States Code.

2.  On August 20, 2007, the Court entered an *Order Entering Relief Under Chapter 7 on Involuntary Petition and Directing Compliance with Filing Requirements* [Docket No. 9] and an *Order Converting Chapter 7 Case to a Case Under Chapter 11 on Debtor's Request* [Docket No. 10].

3.  Debtor filed a *Chapter 11 Plan of Reorganization of La Mesa Racing, LLC* [Docket No. 149] (the "Plan") and a *Disclosure Statement* [Docket No. 150] (the "Disclosure

Statement") on July 10, 2009.  The Court scheduled a hearing on the Disclosure Statement for October 14, 2009.

4. Following the hearing on the Disclosure Statement, the Court entered an *Order Denying Approval of Chapter 11 Disclosure Statement* [Docket No. 157], disapproving of the Disclosure Statement and directing Debtor to file an amended Disclosure Statement.

5. Debtor filed its *First Amended Chapter 11 Plan of Reorganization of La Mesa Racing, LLC* [Docket No. 230] (the "Amended Plan") and *First Amended Disclosure Statement* [Docket No. 231] (the "Amended Disclosure Statement") on April 20, 2010.

## ARGUMENT

6. By this Motion, Debtor moves to consolidate the hearings on the Amended Disclosure Statement and the Amended Plan.

7. Consolidation of these matters into a single hearing promotes judicial economy because this is a small Chapter 11 bankruptcy case with few creditors.  A review of the claims register in this case indicates that just 14 proofs of claim have been filed by purported creditors of Debtor.  Indeed, given the recent assignments to Zokaites Properties of several of these proofs of claim, there exist even fewer potential creditors of Debtor.

8. No party will be harmed by the Court's holding a single hearing on the Amended Disclosure Statement and the Amended Plan.  As noted above, this is a small bankruptcy case with few creditors.

9. Good cause exists for the consolidation of the hearings on the Amended Disclosure Statement and the Amended Plan.

10. Debtor intends to rely upon this Motion without filing a separate memorandum in support of this Motion.  However, Debtor reserves the right to file additional or supplemental

memoranda if, in Debtor's opinion, such memoranda will assist the Court in making a determination of the matters raised hereby.

WHEREFORE, debtor and debtor-in-possession La Mesa Racing, LLC respectfully requests that this Court enter an Order:

    A.    Consolidating the hearings on the *First Amended Disclosure Statement* and the *First Amended Chapter 11 Plan of Reorganization of La Mesa Racing, LLC* filed by Debtor; and

    B.    Providing such other and further relief as the Court determines to be necessary.

Respectfully submitted,

    /s/ Jeffrey M. Sirody
Jeffrey M. Sirody, Fed. Bar No. 11715
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road, Suite 360
Baltimore, Maryland 21208
(410) 415-0445

*Attorneys for Debtor and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April, 2010, a copy of the foregoing, along with proposed order, was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Alan M. Grochal, Esq.
Tydings & Rosenberg, LLP
100 E. Pratt Street, 26th Floor
Baltimore, MD 21202

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

Jeremy S. Friedberg, Esq.
Gordon S. Young, Esq.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Baltimore, MD 21117

George E. Brown, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202

Jeffrey M. Siskind
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

William L. Siskind
8376 Belize Place
Wellington, FL 33414.


                                        /s/ Jeffrey M. Sirody
                                        Jeffrey M. Sirody