____RETAIN ✓

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**         Evidentiary Hrg: (Y) N

PROCEEDING MEMO - CHAPTER 11

Date: 04/21/2010 Time: 01:00

**CASE: 07-17069 La Mesa Racing, LLC**

(Jeffrey M. Sirody) and Jeremy S. Friedberg representing La Mesa Racing, ~~LLC (Debtor)~~

Alan M. Grochal representing Transamerican Commercial, Ltd. (Petitioning Creditor)

Mark A. (UST) Neal representing US Trustee - Baltimore 11 (U.S. Trustee)

(George E. Brown) representing ~~Zokaites Properties, LP (Other Party)~~ (Mr Frank Zokaites) (Jeff Rubinson of Zokuists Properties)

[164] Disclosure Statement of Zokaites Properties, LP Filed by Zokaites Properties, LP. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Proposed Order)

**MOVANT** : Zokaites Properties, LP BY G Brown;

[166] Objection on behalf of Stephen A. Vincent Filed by Jeremy S. Friedberg. (Attachments: # (1) Exhibit 1- Schedule F# (2) Exhibit 2- Amended Schedule F# (3) Exhibit 3- Zokaites Proof of Claim) (Friedberg, Jeremy) Modified on 12/22/2009 (Matthews, T).CORRECTIVE:WRG EVENT CODE REDOCKETED AT P [168]

**MOVANT** (Stephen Vincent BY J Friedberg;)

[167] Opposition on behalf of Zokaites Properties, LP Filed by George E. Brown (related document(s)[166] Objection filed by Interested Party Stephen A. Vincent). (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Proposed Order)

**MOVANT** : Zokaites Properties, LP BY G Brown;

[183] Objection to Claim Number 3 in the Amount of $234,029.00. Notice Served on 1/12/2010 Filed by Stephen A. Vincent. Responses due by 2/11/2010. (Attachments: # (1) Proposed Order)

**MOVANT** : Stephen Vincent BY J Friedberg;

[184] Objection on behalf of Stephen A. Vincent Filed by Jeremy S. Friedberg (related document(s)[164] Disclosure Statement filed by Other Party Zokaites Properties, LP, [165] Chapter 11 Plan filed by Other Party Zokaites Properties, LP). (Attachments: # (1) Proposed Order)

**MOVANT** : Stephen Vincent BY J Friedberg;

[200] Opposition on behalf of Zokaites Properties, LP Filed by George E. Brown (related document(s)[184] Objection filed by Interested Party Stephen A. Vincent). (Attachments: # (1) Proposed Order # (2) Exhibit A)

*(margin note: Exhibit List and Exhibits attached)*

**MOVANT** : Zokaites Properties, LP BY G Brown;

    [201] Opposition on behalf of Zokaites Properties, LP Filed by George E. Brown (related document(s)[166] Objection filed by Interested Party Stephen A. Vincent). (Attachments: # (1) Proposed Order # (2) Exhibit A# (3) Exhibit B)

**MOVANT** : Zokaites Properties, LP BY G Brown;

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____
Other_____
Confirmed_____ as modified by _____
Denied Confirmation_____ with leave to amend by_____
Other_____

DISPOSITIONS:

Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)____

Continued to: _June 14, 2010 at 10:00_____

DECISION:

    [ ] Signed by Court         [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel      [ ] Court
        [ ] Respondent's counsel   [ ] Other _____

NOTES:

_Evidentiary hearing not concluded. To resume with Mr Friedberg's evidentiary presentation._