IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | | | |
|---|---|---|---|
| IN RE: | * | | |
| LA MESA RACING, LLC, | * | CASE NO.: | 07-17069-NVA |
| DEBTOR. | * | (CHAPTER 11) | |

*   *   *   *   *   *   *   *   *   *   *   *

**CONSENT MOTION FOR CONTINUANCE OF JUNE 14, 2010 HEARINGS UNTIL JULY 19, 2010**

Party-in-Interest Stephen A. Vincent ("Vincent"), by his attorneys, hereby moves for the continuance of the scheduled June 14, 2010 hearings in this matter until July 19, 2010, and for cause states:

1. Transamerican Comercial, Ltd. commenced this bankruptcy case on July 31, 2007, by filing an involuntary petition against debtor La Mesa Racing, LLC ("Debtor") for relief under Chapter 7 of Title 11 of the United States Code.

2. On August 20, 2007, the Court entered an *Order Entering Relief Under Chapter 7 on Involuntary Petition and Directing Compliance with Filing Requirements* [Docket No. 9] and an *Order Converting Chapter 7 Case to a Case Under Chapter 11 on Debtor's Request* [Docket No. 10]. Debtor has since acted as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

3. Zokaites Properties, LP ("Zokaites Properties") filed a proof of claim on October 14, 2009 which is docketed in the claims register as claim number 3 (the "Original Zokaites Properties Proof of Claim").

4. On December 7, 2009, Zokaites Properties filed its *Disclosure Statement of Zokaites Properties, LP* [Docket No. 164] (the "Zokaites Properties Disclosure

109113_2.doc

Statement") and its *La Mesa Racing, LLC Chapter 11 Plan of Reorganization* [Docket No. 165] (the "Zokaites Properties Plan").

5. On December 8, 2009, Vincent filed *Party-In-Interest Steven A. Vincent's Objection to Proof of Claim Filed by Zokaites Properties, LP* [Docket No. 166] ("First Zokaites Properties Claim Objection"). In response to the First Zokaites Properties Claim Objection, on December 21, 2009 Zokaites Properties filed a proof of claim amending its Original Zokaites Properties Proof of Claim.

6. Vincent separately filed *Party-In-Interest Steven A. Vincent's Objection to Proof of Claim Filed by Zokaites Properties, LP* [Docket No. 183] (the "Second Zokaites Properties Claim Objection") and *Party-in-Interest Stephen A. Vincent's Objection to Disclosure Statement and Plan of Zokaites Properties, LP* [Docket No. 184] (the "Objection to Confirmation") on January 12, 2010.

7. Together, the First Zokaites Properties Claim Objection and the Second Zokaites Properties Claim Objection are referred to as the "Zokaites Properties Claim Objection."

8. The Court initially scheduled hearings on the Zokaites Properties Disclosure Statement, the Zokaites Properties Plan, Vincent's Objection to Confirmation thereto, and the Zokaites Properties Claim Objection for February 22, 2010. The hearings were held but not completed, and the Court continued the hearings until April 21, 2010.

9. In the interim, on March 9, 2010 Vincent filed *Party-in-Interest Stephen A. Vincent's Objection to Proof of Claim Filed by Jeffrey M. Siskind* [Docket No. 213] (the "Siskind Claim Objection"), in which Vincent objected to a proof of claim filed by Jeffrey

M. Siskind ("Siskind") on December 11, 2007 and docketed in the claims register as claim number 1. The Court scheduled a hearing on the Siskind Claim Objection for April 21, 2010.

10. The April 21, 2010 hearings on the Siskind Claim Objection, the Zokaites Properties Disclosure Statement, the Zokaites Properties Plan, Vincent's Objection to Confirmation, and the Zokaites Properties Claim Objection were held but not completed. At that time, the Court requested and obtained dates from counsel upon which the hearing could resume. Although Siskind consented to the hearing on the Siskind Claim Objection being continued until July 19, 2010, the Court continued the hearings on the pending matters for June 14, 2010.

11. At the time he represented to the Court his availability for a June 14, 2010 hearing, counsel for Vincent had forgotten that he had previously scheduled a family vacation during that week. Thus, Vincent moves for a continuance of the June 14 hearing until July 19, 2010, at which time the Court has already scheduled a hearing on Vincent's objection to a proof of claim filed by William L. Siskind.

12. No party will be prejudiced by the requested continuance. Siskind has already represented to the Court his consent to continuing the June 14, 2010 hearings to July 19, 2010.

13. Counsel for Vincent discussed with counsel for Zokaites Properties the need to continue the scheduled June 14 hearings, and obtained Zokaites Properties' consent to the requested continuance.

14. Vincent intends to rely upon this Motion without filing a separate memorandum in support of this Motion. However, Vincent reserves the right to file

additional or supplemental memoranda if, in Vincent's opinion, such memoranda will assist the Court in making a determination of the matters raised hereby.

WHEREFORE, party-in-interest Stephen A. Vincent respectfully requests that this Honorable Court enter an Order:

    A.    Continuing the scheduled June 14, 2010 hearings until July 19, 2010; and

    B.    Providing such other and further relief as the Court determines to be necessary.

Respectfully submitted,

      /s/ Gordon S. Young
Jeremy S. Friedberg, Fed. Bar No. 10638
Gordon S. Young, Fed. Bar No. 14866
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Baltimore, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Stephen A. Vincent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May, 2010, a copy of the foregoing, along with proposed order, was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

George E. Brown, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202

Jeffrey M. Siskind
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401.

      /s/ Gordon S. Young
Gordon S. Young

109113_2.doc