Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.: 07−17069
Judge: Nancy V. Alquist

In Re:   La Mesa Racing, LLC
         Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 2−A, Baltimore, MD 21201

on 7/19/10 at 10:00 AM

to consider and act upon the following:

255 − William L Siskind Response to Stephen A Vincent Objection to Proof of Claim Filed by William L Siskind Filed by William L. Siskind (related document(s)[233] Objection to Claim filed by Interested Party Stephen A. Vincent). (Matthews, T)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/20/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, T Matthews 410 962−3602