

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE**

| | | | |
|---|---|---|---|
| IN RE: | * | | |
| LA MESA RACING, LLC, | * | CASE NO.: | 07-17069-NVA |
| DEBTOR. | * | (CHAPTER 11) | |

* * * * * * * * * * * * *

**ORDER DISALLOWING CLAIMS NUMBERED 6 AND 14 FILED BY JEFFREY M. SISKIND**

Upon consideration of *Party-in-Interest Stephen A. Vincent's Objection to Proofs of Claim Numbered 6 and 14 Filed by Jeffrey M. Siskind* (the "Objection") filed by party-in-interest Stephen A. Vincent, and any response thereto, and the Court finding that the proof of claim filed by Jeffrey M. Siskind on March 30, 2010 and docketed in the claims register as claim number 6 and the proof of claim filed by Jeffrey M. Siskind on April 9, 2010 and docketed in the claims register as claim number 14 (together, the "Proofs of Claim") are not adequately supported, it is hereby:

**ORDERED**, that the Objection is **SUSTAINED**; and it is further

**ORDERED**, that the Proofs of Claim are **DISALLOWED**.

107635_2.doc

cc:

Jeremy S. Friedberg, Esq.
Gordon S. Young, Esq.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Baltimore, MD 21117

Jeffrey M. Siskind
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

Jeffrey M. Sirody, Esq.
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road, Suite 360
Baltimore, MD 21208

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

**END OF ORDER**