Entered: July 15, 2010
Signed: July 14, 2010
**SO ORDERED**
A HEARING DATE WILL BE SET BY THE COURT IN THE EVENT THAT A RESPONSE IS FILED.

Case 07-17069    Doc 299    Filed 07/15/10    Page 1 of 2



*Nancy V. Alquist*
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | | | |
|---|---|---|---|
| IN RE: | * | | |
| LA MESA RACING, LLC, | * | CASE NO.: | 07-17069-NVA |
| DEBTOR. | * | (CHAPTER 11) | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER CONTINUING JULY 19, 2010 HEARING ONLY AS TO WILLIAM L. SISKIND'S AMENDED OBJECTION TO CLAIM OF CASINO DEL CARIBE, S.A. AND TO TRANSFEREE'S (RICHARD KLUNCK) CLAIM IN THE AMOUNT OF $584,576.36 [DOCKET NO. 286]**

Upon consideration of the *Request of Richard Klunck for Continuance of July 19, 2010 Hearing Only as to William L. Siskind's Amended Objection to Claim of Casino del Caribe, S.A. and to Transferee's (Richard Klunck) Claim in the Amount of $584,576.36 [Docket No. 286]* (the "Request") filed by Richard Klunck, a creditor of debtor La Mesa Racing, LLC, and any opposition thereto, good cause having been shown for the continuance of the scheduled July 19, 2010 hearing on the *Amended Objection to Claim of Casino del Caribe, S.A. and to Transferee's (Richard Klunck) Claim in the Amount of $584,576.36* [Docket No. 286] (the "Amended Objection") filed by William L. Siskind, it is hereby:

**ORDERED**, that the Request is **GRANTED**; and it is further

**ORDERED**, that the scheduled July 19, 2010 hearing on the Amended Objection in this matter is **CONTINUED** until such date after August 7, 2010 that permits Richard Klunck or any other party to file a memorandum in opposition to the Amended Objection and conduct discovery relating to the Amended Objection.

cc:

Jeremy S. Friedberg, Esq.
Gordon S. Young, Esq.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Baltimore, MD 21117

William L. Siskind
8376 Belize Place
Wellington, FL 33414

Jeffrey M. Siskind
525 South Flagler Drive, Suite 500
West Palm Beach, FL 33401

George E. Brown, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202

Alan M. Grochal, Esq.
Tydings & Rosenberg, LLP
100 E. Pratt Street, 26th Floor
Baltimore, MD 21202

Jeffrey M. Sirody, Esq.
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road, Suite 360
Baltimore, MD 21208

Office of the U.S. Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

**END OF ORDER**