PLAN AND DISCLOSURE STATEMENT WITHDRAWN BY LINE FILED WITH THE COURT.

Date signed July 15, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

IN RE:                                        ) Case No: 07-17069-NVA
                                              )
LA MESA RACING, LLC,                          ) Chapter 11
                                              )
    Debtor.                                   )
                                              )
_____/

### ORDER GRANTING, WITHOUT PREJUDICE, ZOKAITES PROPERTIES, LP'S MOTION TO WITHDRAW DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF REORGANIZATION

Upon consideration of Zokaites Properties, LP's Motion to Withdraw its December 7, 2009 Disclosure Statement and Chapter 11 Plan of Reorganization, any opposition thereto, the record in this case, the applicable law, and for good cause shown, it is hereby

ORDERED that the Motion to Withdraw be and hereby is GRANTED.

{09499\0\00766720.DOCXv1 }

cc:

Office of the US Trustee
101 W. Lombard Street, Suite 2625
Baltimore, MD 21201

Jeremy S. Friedberg, Esquire
Gordon S. Young, Esquire
Leitess, Leitess, Friedberg & Fedder P.C.
One Corporate Center
10451 Mill Run Circle, Suite 1000
Baltimore, MD 21117

Alan M. Grochal, Esquire
Tydings & Rosenberg, LLP
100 E. Pratt Street, 26th Floor
Baltimore, Maryland 21202

Jeffrey M. Sirody, Esquire
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road, Suite 360
Baltimore, MD 21208

Richard M. Kremen, Esquire
Jodie E. Buchman, Esquire
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209

George E. Brown, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202

Raymond A. Hein, Esquire
Attorney Grievance Commission of Maryland
100 Community Place, Suite 3301
Crownsville, MD 21032

William L. Siskind
8376 Belize Place
West Palm Beach, FL 33401

END OF ORDER